IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISA DIXON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> B.P.D. OFFICERTS WESBROOK, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | NO. 1:11-CV-01290 AWI JLT <br><br> ORDER VACATING <br> DECEMBER 5, 2011 HEARING <br> DATE AND TAKING MATTER <br> UNDER SUBMISSION |

    Defendants' motion to dismiss has been set for hearing in this case on December 5, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 5, 2011, is VACATED, and the parties shall not appear at that time. As of December 5, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 1, 2011

                                              CHIEF UNITED STATES DISTRICT JUDGE