**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISA DIXON,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>B.P.D. OFFICERS WESBROOK, et al.,<br><br>　　　　　Defendants. | NO. 1:11-CV-01290 AWI JLT<br><br>ORDER VACATING HEARING<br>DATE OF MARCH 12, 2012<br>AND TAKING MATTER<br>UNDER SUBMISSION |

Defendants have noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on March 12, 2012. Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than February 28, 2012. Plaintiff failed to do so.

Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules. Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

///
///
///
///
///

1    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 12,
2 2012 is VACATED, and no party shall appear at that time.  As of March 12, 2012, the court will
3 take the matter under submission, and will thereafter issue its decision.

5 IT IS SO ORDERED.

6
  Dated:   March 8, 2012
7                                                                CHIEF UNITED STATES DISTRICT JUDGE

2