1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  DENISA DIXON,                              ) Case No.: 1:11-cv-01290 AWI JLT
                                              )
12              Plaintiffs,                   ) ORDER DENYING MOTION FOR JUDICIAL
                                              ) NOTICE AND MOTION TO COMPEL
13       v.                                   ) DEFENDANTS TO COOPERATE IN
                                              ) DISCOVERY
14  BPD OFFICERS WESBROOK, et al.,            )
                                              ) (Doc. 24)
15              Defendant.                    )
    _____  )
16

17         On March 12, 2012, Plaintiff filed a motion for the Court to take judicial notice and a request

18  that the Court order Defendants to cooperate with discovery efforts related to the identities of certain

19  bounty hunters.  (Doc. 24) Notably, however, Plaintiff fails to identify the material of which she

20  request judicial notice.  Likewise, Plaintiff does not explain why she believes this evidence may be

21  introduced at this time.

22         Moreover, though difficult to discern Plaintiff's specific purpose in filing the motion, it

23  appears that Plaintiff is seeking the Bakersfield Defendants' assistance in identifying and locating the

24  bounty hunters she claims improperly entered her home on January 6, 2011. (Doc. 24 at 1) However,

25  Plaintiff is advised that, according to Fed. Rule Civ. P. 26(d), discovery may not begin until after the

26  parties have completed the conference required by Fed. R. Civ. P. 26(f).  This conference must occur

27

28

                                                1

at least 21 days before the scheduling conference which, in this case, is May 16, 2012.[1]  (Doc. 19)

Moreover, Plaintiff is advised that the initial disclosures that are required to be made under Fed. R.

Civ. P. 26(a) are not required to be made until "at or within 14 days after the parties' Rule 26(f)

conference."  Fed. R. Civ. P. 26(a)(C).

      Therefore, the motion for judicial notice and to compel Defendants to cooperate with

discovery is **DENIED**.


IT IS SO ORDERED.

Dated:   **March 19, 2012**                                                    /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the pending motion to dismiss, whether the scheduling conference will go forward on May 21, 2012, will depend upon whether the complaint withstands dismissal or, if it does not, whether there is an operative pleading on file by that time.

2