IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISA DIXON,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BPD OFFICERS WESBROOK, et al.,<br><br>　　　　　Defendant. | Case No.: 1:11-cv-01290 AWI JLT<br><br>ORDER DENYING MOTION FOR CONTINUANCE<br><br>(Doc. 14) |

On November 17, 2011, Plaintiff filed a "Notice of Motion and Motion to Request Judicial Notices." (Doc. 14) Inexplicably, this motion was not acted on by the Court at that time.

Review of the motion appears to reveal that Plaintiff is not truly seeking to have the Court take judicial notice of any facts.[1] Instead, it appears to be an analysis by Plaintiff of her belief that Defendants' defenses lack merit.

///

///

///

///

---

[1] In any event, as the Court advised Plaintiff in its order dated March 19, 2012 (Doc. 30), a request for judicial notice is not appropriate at this time.

1

Because Plaintiff has no motion pending that would require the introduction of evidence that would authorize the Court to take judicial notice of any fact, the motion for judicial notice is **DENIED.**

IT IS SO ORDERED.

Dated:   **May 1, 2012**                                     **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE